IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

MARCOS IGNACIO MARQUEZ HERNANDEZ
MARGARITA ABREU GONZALEZ

DEBTORS

CASE NO 13-09987/MCF

CHAPTER 13

**DEBTORS' MOTION AND NOTICE OF FILING OF
AMENDED SCHEDULE "J" AND CERTIFICATE OF SERVICE**

TO THE HONORABLE COURT:

NOW COME, **MARCOS IGNACIO MARQUEZ HERNANDEZ** and **MARGARITA ABREU GONZALEZ,** debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting **Amended *Schedule "J"***, dated December 11, 2013, herewith and attached to this motion.

2. This amendment to Schedule "J" is filed to *state debtors' actual expenses.*

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "I" & "J"
Case no. 13-09987/MCF13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtors and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 12th day of December, 2013.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1  MARCOS IGNACIO MARQUEZ HERNANDEZ
          First Name      Middle Name           Last Name

Debtor 2  MARGARITA  ABREU GONZALEZ
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number  3:13-bk-9987
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?       ☐ No
   Do not list Debtor 1 and       ☑ Yes. Fill out this information for each dependent..........
   Debtor 2.
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 18 | ☐ No ☐ Yes |
| Daughter | 16 | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?  ☑ No  ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

|  | Your expenses |
|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| If not included in line 4: | |
| 4a. Real estate taxes | 4a. $ 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ 0.00 |

Official Form 6J                    Schedule J: Your Expenses                              page 1

Debtor 1 **MARCOS IGNACIO MARQUEZ HERNANDEZ**
First Name  Middle Name  Last Name

Case number (if known) 3:13-bk-9987

| | Your expenses |
|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |
| 6. Utilities: | |
| 6a. Electricity, heat, natural gas | 6a. $ 160.15 |
| 6b. Water, sewer, garbage collection | 6b. $ 50.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 178.00 |
| 6d. Other. Specify: See Schedule Attached | 6d. $ 100.00 |
| 7. Food and housekeeping supplies | 7. $ 600.00 |
| 8. Childcare and children's education costs | 8. $ 0.00 |
| 9. Clothing, laundry, and dry cleaning | 9. $ 25.00 |
| 10. Personal care products and services | 10. $ 0.00 |
| 11. Medical and dental expenses | 11. $ 20.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ 0.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. $ 100.00 |
| 14. Charitable contributions and religious donations | 14. $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| 15a. Life insurance | 15a. $ 0.00 |
| 15b. Health insurance | 15b. $ 0.00 |
| 15c. Vehicle insurance | 15c. $ 0.00 |
| 15d. Other insurance. Specify: | 15d. $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ 0.00 |
| 17. Installment or lease payments: | |
| 17a. Car payments for Vehicle 1 | 17a. $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. $ 0.00 |
| 17c. Other. Specify: | 17c. $ 0.00 |
| 17d. Other. Specify: | 17d. $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). | 18. $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: | 19. $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. | |
| 20a. Mortgages on other property | 20a. $ 0.00 |
| 20b. Real estate taxes | 20b. $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. $ 0.00 |

Debtor 1  **MARCOS IGNACIO MARQUEZ HERNANDEZ**    Case number (if known) 3:13-bk-9987
First Name   Middle Name    Last Name

21. Other. Specify: **See Schedule Attached**   21.  +$   420.00

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.   22.  $   1,653.15

23. **Calculate your monthly net income.**
    23a. Copy line 12 (your combined monthly income) from Schedule I.   23a.  $   2,093.15
    23b. Copy your monthly expenses from line 22 above.   23b.  −$   1,653.15
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.   23c.  $   440.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.  None

Official Form 6J    Schedule J: Your Expenses    page 3

IN RE MARQUEZ HERNANDEZ, MARCOS IGNACIO & ABREU GONZALEZ, MARGARITA          Case No. 3:13-bk-9987
                                     Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| **Other Utilities (DEBTOR)** | |
| Cable Tv | 70.00 |
| Gas | 30.00 |
| **Other Expenses (DEBTOR)** | |
| Gasoline | 270.00 |
| Daily School Expenses | 50.00 |
| University Expenses | 100.00 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE MARQUEZ HERNANDEZ, MARCOS IGNACIO & ABREU GONZALEZ, MARGARITA    Case No. **3:13-bk-9987**
              Debtor(s)                                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __-4-__ *schedule "J"* sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **December 11, 2013**    Signature: **/s/ MARCOS I MARQUEZ HERNANDEZ**
                                          **MARCOS I MARQUEZ HERNANDEZ**    Debtor

Date: **December 11, 2013**    Signature: **/s/ MARGARITA ABREU GONZALEZ**
                                          **MARGARITA ABREU GONZALEZ**    (Joint Debtor, if any)
                                          [If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer                                      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                    _____
                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

MARQUEZ HERNANDEZ, MARCOS IGNACIO
Bo Mariana Box 225 13
Naguabo, PR 00718

DTOP
PO Box 41269 MINILLAS STATION
SAN JUAN, PR 00940-1269

ABREU GONZALEZ, MARGARITA
Bo Mariana Box 225 13
Naguabo, PR 00718-3076

Firstbank Pr
PO Box 982235
El Paso, TX 79998

R. Figueroa Carrasquillo Law Office
PO Box 186
Caguas, PR 00726-0186

Gecrb/jcp PR
PO Box 965007
Orlando, FL 32896

Asociacion De Empleados De Gobierno
PO Box 70199
San Juan, PR 00936-8199

Portfolio Rc
120 Corporate Blvd Ste 1
Norfolk, VA 23502

Banco Popular De Puert
209 Munoz Rivera Ave
San Juan, PR 00918

Sears/cbna
PO Box 6189
Sioux Falls, SD 57117

Bk Of Amer
PO Box 982235
El Paso, TX 79998

Sistema De Retiro Para Maestros
PO Box 191879
San Juan, PR 00919-1879

Bp-crline
PO Box 2708
San Juan, PR 00936

Cach Llc
4340 S Monaco St Unit 2
Denver, CO 80237

Citi
PO Box 6243
Sioux Falls, SD 57117-6243

Citimortgage Inc
PO Box 9438, dept 0251
Gaithersburg, MD 20898