IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>MARCOS IGNACIO MARQUEZ HERNANDEZ<br><br>MARGARITA ABREU GONZALEZ<br><br><br>XXX-XX-1565<br><br>XXX-XX-9979<br><br><br>Debtor(s) | CASE NO. 13-09987 MCF<br><br>Chapter 13<br><br><br><br><br>**FILED & ENTERED ON 12/20/2017** |

ORDER

The Motion on Non Delivery of Tax Refunds filed by Trustee (docket #45) is hereby granted.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 20th day of December, 2017.

*Mildred Cabán*

Mildred Caban Flores
U.S. Bankruptcy Judge